# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE KLEIN, | : |
| | : |
| Plaintiff, | : |
| v. | :   CIVIL ACTION No. 21-cv-03985 |
| | : |
| WILLS EYE HOSPITAL, | : |
| | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL**

Please take notice that the Plaintiff dismisses this action, with prejudice, and without assessment of fees and costs, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. This Stipulation is agreed to and signed by and on behalf of all parties who have appeared in this matter.

| | |
|---|---|
| **OF COUNSEL**: | /s/ Lane J. Schiff |
| Console Mattiacci Law, LLC | Stephen G. Console, Esquire |
| 1525 Locust Street | Lane J. Schiff, Esquire |
| 9th Floor | Attorneys for Plaintiff, |
| Philadelphia, PA  19102 | Nicole Klein |
| 215-545-7676 | |
| | |
| **OF COUNSEL**: | /s/ Howard A. Rosenthal |
| Archer & Greiner, P.C. | Howard A. Rosenthal |
| Three Logan Square | Jonathan Rardin |
| 1717 Arch Street | Attorneys for Defendant, |
| Suite 3500 | Wills Eye Hospital |
| Philadelphia, PA  19103 | |
| 215-963-3300 (Phone) | |
| 215-963-9999 (Fax) | |